

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00401-CV

IN RE EDDIE LEASE,                                                         RELATOR
INDIVIDUALLY AND D/B/A LEASE
IT CARPET CLEANING

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 15-09508-442

------------

## MEMORANDUM OPINION[1]

------------

We have considered "Relator and Real Parties in Interest's Joint Motion to Dismiss."  It is the court's opinion that the motion should be granted; therefore, we dismiss relator's motion for emergency stay and this original proceeding.

PER CURIAM

PANEL:  SUDDERTH, C.J.; GABRIEL and KERR, JJ.

DELIVERED:  December 13, 2017

---

[1]See Tex. R. App. P. 47.4.